# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00224-CV

**Christopher Walton, Appellant**

**v.**

**Margie Thetford, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 340TH JUDICIAL DISTRICT
### NO. C-97-0448-J, HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING

On June 11, 2002, appellant filed an unopposed motion to dismiss this cause. The appellant has informed this Court that he no longer desires to prosecute this appeal. Accordingly, we will grant appellant=s motion and dismiss this appeal.


Mack Kidd, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Appellant=s Motion

Filed:   June 21, 2002

Do Not Publish